UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

EDGARDO COLON, a/k/a "Gordo," and
JHOAN VASQUEZ, a/k/a "28,"

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/14/2023__

23 Cr. 472 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court shall hold an initial conference in this matter on **October 10, 2023**, at
**1:20 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New
York 10007.

SO ORDERED.

Dated: September 14, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge