```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          -against-

EDGARDO COLON, a/k/a "Gordo," and
JHOAN VASQUEZ, a/k/a "28,"

                    Defendants.

23 Cr. 472 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed protective order. ECF No. 12-1. The Court shall not retain jurisdiction over the protective order following termination of this action. *Id.* ¶ 12. Accordingly, by **October 13, 2023**, the parties shall submit a revised proposed protective order.

    The Clerk of Court is directed to terminate the motion at ECF No. 12.

    SO ORDERED.

Dated: October 6, 2023
       New York, New York

                                    ANALISA TORRES
                                United States District Judge