UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

    -against-

EDGARDO COLON and JHOAN VASQUEZ,

              Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/2023
```

23 Cr. 472 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for January 10, 2024, is RESCHEDULED to **January 9, 2024**, at **10:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: October 20, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge