```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

EDGARDO COLON and JHOAN VASQUEZ,

Defendants.

23 Cr. 472 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The conference scheduled for March 26, 2024, is ADJOURNED to **April 30, 2024**, at **3:00 p.m.**

    Trial in this matter is currently scheduled for June 17, 2024. By order dated January 31, 2024, the Court directed Defendants to submit a status update by **March 26, 2024**, informing the Court whether they intend to file motions and, if so, proposing a briefing schedule. ECF No. 23. In that status update, Defendants shall also inform the Court whether they anticipate moving to postpone trial.

    It is further ordered that time until April 30, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial in that this will allow the parties to continue reviewing discovery and potentially reach a pretrial disposition of this matter.

    SO ORDERED.

Dated: March 19, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge