USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/1/2024\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

EDGARDO COLON and JHOAN VASQUEZ,

Defendants.

23 Cr. 472 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On March 19, 2024, the Court directed Defendants to submit a status update by March 26, 2024, regarding whether they anticipate (1) filing motions (and, if so, proposing a briefing schedule), and/or (2) moving to postpone trial. ECF No. 25. That status update is now overdue.

Accordingly, by **April 8, 2024**, Defendants shall file a status update addressing the above topics.

SO ORDERED.

Dated: April 1, 2024
New York, New York

_____
ANALISA TORRES
United States District Judge