USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

EDGARDO COLON and JHOAN VASQUEZ,

                  Defendants.

23 Cr. 472 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The conference scheduled for April 30, 2024, is ADJOURNED to **May 28, 2024**, at **4:00 p.m.**

      It is further ordered that time until **May 28, 2024**, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial in that this will allow the parties to continue reviewing discovery and potentially reach a pretrial disposition of this matter.

      SO ORDERED.

Dated: April 25, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge