```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  06/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          -against-

EDGARDO COLON,

                          Defendant.

23 Cr. 472-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a change-of-plea hearing for Defendant, Edgardo Colon, on **June 25, 2024**, at **3:30 p.m.**, in Courtroom 26B of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: June 18, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge