UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

EDGARDO COLON,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _06/24/2024_

23 Cr. 472-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Due to a scheduling conflict, the parties are directed to proceed with Defendant's change-of-plea hearing in magistrate court.

    SO ORDERED.

Dated: June 24, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge