UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

EDGARDO COLON and JHOAN VASQUEZ,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2024

23 Cr. 472 (AT)

**ORDER**

ANALISA TORRES, District Judge:

In light of Defendant Colon's anticipated change-of-plea hearing and Defendant Vasquez's request to change his counsel, the status conference scheduled for **July 30, 2024**, is ADJOURNED *sine die*.

SO ORDERED.

Dated: July 22, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge